■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK REBOLINI, Appellant. [609 NYS2d 804] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered April 2, 1992, convicting him of grand larceny in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

We find that the sentence imposed was not excessive.

The defendant's remaining contentions are unpreserved for review or without merit. Thompson, J. P., O'Brien, Joy and Altman, JJ., concur.